FILED: May 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1502
(8:20-cv-03564-ADC)

_____

TANJANEKA JONES

       Plaintiff - Appellant

v.

ELI LILLY AND COMPANY

       Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Joint appendix due: 07/11/2023

Opening brief due: 07/11/2023

Response brief due: 08/10/2023

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk